# EXHIBIT A


**CT Corporation**

**Service of Process Transmittal**
08/10/2015
CT Log Number 527620676

**TO:** Kathy Gibson
HCA Inc.
1 Park Plz Bldg 1
Nashville, TN 37203-6527

**RE:** **Process Served in District of Columbia**

**FOR:** Medicredit, Inc. (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Andrew Young, Pltf. vs. Medicredit, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Statement, Instructions, Letter, Information Sheet |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2015SC3208 |
| **NATURE OF ACTION:** | Letter is hereby served to verified the listed accounts |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/10/2015 postmarked on 08/06/2015 |
| **JURISDICTION SERVED:** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | 08/28/2015 at 9:00 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Andrew Young<br>-<br>80 Q St. SW<br>Washington, DC 20024<br>202-509-3545 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/11/2015, Expected Purge Date: 08/21/2015<br><br>Image SOP<br><br>Email Notification, Kathy Gibson kathy.gibson@hcahealthcare.com<br><br>Email Notification, Abby Legge abby.legge@hcahealthcare.com<br><br>Email Notification, Paula Childers-Auerbach paula.childers-auerbach@hcahealthcare.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC 20005<br>202-572-3133 |

Page 1 of 1 / SG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

OFFICIAL BUSINESS
PENALTY FOR MISUSE



CERTIFIED MAIL

7015 0640 0007 8400 6703

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 20001 $ 006.73⁵
02 1W
0001402431 AUG. 06. 2015.

MEDICREDIT
c/o CT Corporation
1015 15th Street, NW
WASHINGTON, DC 20005
2015 SC2 003208  August 28, 2015

# Superior Court of the District of Columbia

Small Claims Form 11

## CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

General

Plaintiff(s): Andrew Young
Address: 80 Q ST SW, Washington DC 20024
Phone No.: 202-509-3545
No. SC 2415 SC(2)  3208

vs.

Defendant(s):
(1) Medicredit
(2) ___
(3) ___

FILED AUG 0 5 2015
Clerk Superior Court of the District of Columbia Small Claims Branch

### STATEMENT OF CLAIM

At or around about Jan. 29, 2015 the defendant knew or was made aware of Plaintiffs 0.00 balance, But still acted Recklessly As it pertains to their obligation to the FCRA and their Negligence in reporting accurate information to ALL 3 Credit Bureaus Plaintiff sues for $2500/. Transaction Took Place in Washington DC.

DISTRICT OF COLUMBIA, ss: Andrew Young being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): Andrew Young
Address: 80 Q ST SW
City/State/Zip Code: Washington DC 20024
Phone No.: 202 509 3545

Title: ___

Subscribed and sworn to before me this 5 day of August, 2015
Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name): ___
Address: ___  Zip Code: ___
Bar No.: ___  Phone No.: ___

### NOTICE (All parties must notify the court of any address changes.)

To:
(1) Medicredit c/o CT Corporation
Address: 1015 15th ST NW 20005
☑ Business  ☐ Home

(2) ___
☐ Home  ☐ Business

You are hereby notified that Andrew Young has made a claim and is requesting judgment against you in the sum of twenty five hundred dollars ($2500), as shown by the foregoing statement. The court will hold a hearing upon this claim on 8/28/2015 at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS   BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/Revised Aug. 2013

## INSTRUCTIONS TO DEFENDANT(S)

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the D.C. Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. **Act promptly.**

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance,

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., BUILDING B, 510 4TH STREET N.W., ROOM 120.


# MedStar Health

Professional Support Services
8020 Corporate Drive
Baltimore, Maryland 21236

July 30, 2015

Andrew Young
1811 Irving St NE
Washington, DC 20018
Andrew.young31@yahoo.com

Re: Account No. 36938926, 31346067
    Date of Service: 05/01/2013, 12/15/2011
    Facility: MedStar Washington Hospital Center

Dear Mr. Young,

This letter is to verify the accounts listed above are now reflecting a $0.00 balance.
- 36938926 was paid off on 01/29/2015
- 31346067 was paid off on 10/10/2013

Should you have any further questions, please do not hesitate to contact our Customer Service office at 410-933-2424.

Sincerely,

*Jennifer Reynolds*

Mrs. J. Reynolds
Customers Service Team Leader

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Andrew Young
Plaintiff

vs

Medicredit c/o CT Corporation
Defendant

Case No: 2015 SC2 732 68

Date: 8-3-2015

---

Name: (please print) Andrew Young

Firm Name, if applicable

Telephone No: 202 509 3545

6 Digit Unified Bar No. ☐

Relationship to Lawsuit
☐ Attorney for Plaintiff
☒ Self (Pro Se)
☐ Other:

Do you need an interpreter for your case? ☐ Yes ☒ No  If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1 -$500   ☒ $500.01 - $2,500   ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____   Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** — a claim based on an agreement between parties made either orally or in writing
- ☐ Debt Suit
- ☐ Breach of Warranty
- ☐ Negotiable Instrument
- ☐ Personal Property
- ☐ Loan
- ☐ Rent Due
- ☐ Unpaid Wages
- ☐ Services Rendered
- ☐ Security Deposit
- ☐ Breach of Contract
- ☐ Home Improvement Contract
- ☐ Oral

**B. PROPERTY TORTS** — a claim for an injury or wrong committed on the property of another
- ☐ Automobile
- ☐ Conversion
- ☐ Shop Lifting
- ☐ Property Damage
- ☐ Destruction of Property
- ☐ Trespass

**C. PERSONAL TORT** — a claim for an injury or wrong committed on the person of another
- ☐ Assault and Battery
- ☐ False Witness
- ☐ Libel and Slander
- ☐ Automobile
- ☐ Personal Injury
- ☒ Negligence
- ☐ Harassment
- ☐ Fraudulent Misrepresentation
- ☐ Slip and Fall

**D.** ☐ UNIFORM ARBITRATION ACT — an action based on an arbitration agreement

**G.** ☐ SUBROGATION — a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE — a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No

CV-3046/Rev. Feb. 08