## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **ANDREW YOUNG**, |
| **Plaintiff**, |
| **v.** |
| **MEDICREDIT, INC.**, |
| **Defendants**. |

Civil Action No. 15-01393 (RDM)

### ORDER OF DISMISSAL

On October 12, 2015, this Court issued an order cautioning Plaintiff Young that if he did not file a response to Defendant Medicredit's Motion to Dismiss or, in the Alternative, for a More Definitive Statement, Dkt. 7, on or before November 12, 2015, the Court could treat the motion as conceded or issue an Order to Show Cause why the complaint should not be dismissed for failure to prosecute, Dkt. 8. Having received no response from Plaintiff, the Court on November 23, 2015, ordered Plaintiff to show cause on or before December 14, 2015, as to why the Court should not dismiss his case in light of his failure timely to oppose Defendant's motion. November 23, 2015, Minute Order. To date, Plaintiff has not filed any response to Defendant's motion or to the Order to Show Cause. It is, accordingly, hereby **ORDERED** that this action is **DISMISSED** for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962).

It is **SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: December 28, 2015